**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Divine Cement Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 26-2036333 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **527 Vera Court**<br>**Joliet, IL 60436**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Will**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | **Divine Cement Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

| Debtor | **Divine Cement Inc.** | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☑ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☑ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor      **Divine Cement Inc.**                                                                    Case number (*if known*)
Name

☐ $50,001 - $100,000            ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor   **Divine Cement Inc.**                                                Case number *(if known)* _____
         Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 23, 2023**
              MM / DD / YYYY

**X** **/s/ Lawrence Green** _____       **Lawrence Green** _____
Signature of authorized representative of debtor         Printed name

Title   **President** _____

---

**18. Signature of attorney**

**X** **/s/ Ariel Weissberg** _____       Date   **February 23, 2023** _____
Signature of attorney for debtor                                MM / DD / YYYY

**Ariel Weissberg 03125591** _____
Printed name

**Weissberg and Associates, Ltd.** _____
Firm name

**564 W. Randolph Street**
**Second Floor**
**Chicago, IL 60661** _____
Number, Street, City, State & ZIP Code

Contact phone   **312-663-0004** _____       Email address   **ariel@weissberglaw.com** _____

**03125591 IL** _____
Bar number and State

**Fill in this information to identify the case:**

Debtor name ___ **Divine Cement Inc.**

United States Bankruptcy Court for the: ___ NORTHERN DISTRICT OF ILLINOIS

Case number (if known) ___

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration ___

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___ **February 23, 2023**       X */s/ Lawrence Green*
                                            Signature of individual signing on behalf of debtor

                                            **Lawrence Green**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Divine Cement Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AMERICAN HIGHWAY 190 Resource Drive Fernley, NV 89408** | | **Wage** | **Disputed** | | | **$49,900.18** |
| **Blu Petroleum c/o Mark A Van Donselaar 2 S. Whitney St Grayslake, IL 60030** | | **Fuel** | | | | **$9,500.00** |
| **Chase Credit Card 3157 Farnam St Ste 7101 Omaha, NE 68131** | | **Credit Card** | | | | **$38,727.85** |
| **EIDL SBA Loan Direct Loan 14925 Kinsport Fort Worth, TX 76155** | | **521-523-527 Cera Court, Joliet, IL 60436 (value below for property encumbered by mortgage, only)** | | **$1,400,000.00** | **$1,100,000.00** | **$300,000.00** |
| **Elite Concrete Cutting Services,Inc 6425 Hummingbird Lane Matteson, IL 60443** | | **Concrete Cutting Services** | | | | **$6,000.00** |
| **Illinois Department of Revenue P.O. Box 19006 Springfield, IL 62794-0001** | | | | | | **Unknown** |
| **Laborers Pension Fund c/o Amy Carollo 111 W. Jackson Blvd, Ste 1415 Chicago, IL 60604** | | **Dues and Pension** | | | | **$130,000.00** |

| Debtor | **Divine Cement Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Latrisha Horton 1450 E 74th St. Apt. 1 Chicago, IL 60619** | | **Wage** | | | | **$6,007.67** |
| **Lei Hu 23W469 Spyglass Ct Naperville, IL 60540** | | **Wage** | | | | **$8,461.52** |
| **Local 11 Cement Masons c/o Baum Sigman Auerbach & Neuman, 200 West Adams Street, Suite 2200 Chicago, IL 60606** | | **Dues and Pension** | | | | **$90,000.00** |
| **Local 150 Operators Midwest Operating Engineers 6150 Joliet Road Countryside, IL 60525** | | **Dues and Pension** | | | | **$10,000.00** |
| **McCann Industries, Inc. c/o Jason Martin Loebach 901 Warrenville Dr., Suite 103 Lisle, IL 60532** | | **Supplies** | | | | **$70,000.00** |
| **Original Concrete Pumping Svc., Inc 840 Fairway Drive Bensenville, IL 60106** | | **Concrete Pump Services** | | | | **$7,000.00** |
| **Ozinga Redi Mix c/o Jordan Peloquin 19001 Old Lagrange Rd Mokena, IL 60448** | | **Materials** | | | | **$24,000.00** |
| **Patrice Green 6209 South Ridge Plainfield, IL 60586** | | **Wage** | | | | **$14,596.00** |
| **Prairie Material c/o Jason Martin Loebach 901 Warrenville Rd., Suite 103 Lisle, IL 60532** | | **Materials** | | | | **$600,000.00** |
| **Roland Machinery 816 N. Dirksen Parkway Springfield, IL 62702** | | **Machine Parts** | | | | **$8,396.68** |

Debtor    **Divine Cement Inc.**
_____    Case number *(if known)*    _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **The Huntington National Bank 14701 S La Grange Rd Orland Park, IL 60462** | | | | | | **$53,987.52** |
| **Will County Treasurer 302 N. Chicago Street Joliet, IL 60432** | | **Real Estate Taxes -- 2021 1st and 2nd Installments** | | | | **Unknown** |
| **World Fuel Services, Inc. Teller Levit & Silvertrust, P.C 19 S La Salle St, Chicago, IL 60603** | | **Fuel** | | | | **$42,000.00** |

**Fill in this information to identify the case:**

Debtor name      **Divine Cement Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property            12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

---

**2.1    Bank of the West**
Creditor's Name

**Special Assets Department
1625 Fountainhead Pkwy,
FL10
Tempe, AZ 85282**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
0301**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2020 TCM Wirtgen Texture Cure Machine**

Describe the lien
**Lien on Specific Equipment**
Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| $150,000.00 | $150,000.00 |

---

**2.2    Citizen One Auto Finance**
Creditor's Name

**405 N Eola Rd Ste D
Aurora, IL 60502**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
3843**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**2016 GMC Sierra**

Describe the lien
**Car Loan**
Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

| $50,000.00 | $50,000.00 |

---

Debtor  **Divine Cement Inc.**                                     Case number (if known) _____
_____
Name

■ No
☐ Contingent
☐ Yes. Specify each creditor,          ☐ Unliquidated
including this creditor and its         ☐ Disputed
relative priority.

---

| 2.3 | **Commercial Credit Group, Inc.** | | |
|---|---|---|---|

Creditor's Name

**2135 City Gate Lane, Ste 440**
**Naperville, IL 60563**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**2832**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien                  $232,740.00        $250,000.00
**Concrete Placer**
_____

Describe the lien
**Lien on Specific Equipment**
_____
Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **EIDL SBA Loan Direct Loan** | | |
|---|---|---|---|

Creditor's Name

**14925 Kinsport**
**Fort Worth, TX 76155**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**03/30/2022**

**Last 4 digits of account number**
**8007**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien                  $1,400,000.00      $1,100,000.00
**521-523-527 Cera Court, Joliet, IL 60436**
**(value below for property encumbered by**
**mortgage, only)**
_____

Describe the lien
**Second Mortgage and Blanket Lien**
_____
Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **First Home Bank Florida** | | |
|---|---|---|---|

Creditor's Name

**c/o Tim Klein**
**700 Central Ave**
**Saint Petersburg, FL 33701**
_____
Creditor's mailing address

Describe debtor's property that is subject to a lien                  $666,000.00        $1,100,000.00
**521-523-527 Vera Court, Joliet, Il 60436**
_____

Describe the lien
**First Mortgage**

---

Debtor   **Divine Cement Inc.**
         _____
         Name

Case number (*if known*) _____

---

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Komatsu Financial** | | $1,140,000.00 | $2,200,000.00 |

Creditor's Name

**c/o Scott O'Shea
8770 W Bryn Mawr Ave,
Suite 100
Chicago, IL 60631**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**64(i) Wirtgen Paver ($750,000); 2020 94(i) Wirtgen Paver ($1.1 MM); 2020 Texture Cure Machine ($350,000)**

**Describe the lien**
**Blanket Lien on all Assets and 1st Lien on Specific Equipment**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**9001**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Old Second Bank** | | $98,267.90 | $130,000.00 |

Creditor's Name

**c/o Tob Zubik
1529 S State Street Unit 4G
Chicago, IL 60605**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Miller 1000 Curb Machine**

**Describe the lien**
**Lien on Specific Equipment**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**5376**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor   **Divine Cement Inc.**
_____
Name

Case number (*if known*) _____

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | **$3,737,007.90** |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **Divine Cement Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☒ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$20,000.00** | **Unknown** |
| | **Illinois Department of Revenue** | *Check all that apply.* | | |
| | **P.O. Box 19006** | ☐ Contingent | | |
| | **Springfield, IL 62794-0001** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☒ No | | |
| | | ☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,007.67** | **$6,007.67** |
| | **Latrisha Horton** | *Check all that apply.* | | |
| | **1450 E 74th St.** | ☐ Contingent | | |
| | **Apt. 1** | ☐ Unliquidated | | |
| | **Chicago, IL 60619** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wage** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No | | |
| | | ☐ Yes | | |

| Debtor | **Divine Cement Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,461.52 | $8,461.52 |
|---|---|---|---|---|

**Lei Hu**
**23W469 Spyglass Ct**
**Naperville, IL 60540**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,596.00 | $14,596.00 |
|---|---|---|---|---|

**Patrice Green**
**6209 South Ridge**
**Plainfield, IL 60586**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,000.00 | Unknown |
|---|---|---|---|---|

**Will County Treasurer**
**302 N. Chicago Street**
**Joliet, IL 60432**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Real Estate Taxes -- 2021 1st and 2nd**
**Installments**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49,900.18 |
|---|---|---|---|

**AMERICAN HIGHWAY**
**190 Resource Drive**
**Fernley, NV 89408**

Date(s) debt was incurred  01/31/2023
Last 4 digits of account number  2027

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Wage**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| Debtor | Divine Cement Inc. | |
|---|---|---|
| | Name | Case number *(if known)* |

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,500.00**

**Blu Petroleum**
**c/o Mark A Van Donselaar**
**2 S. Whitney St**
**Grayslake, IL 60030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Fuel**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cement Masons Local 502**
**739 25th Avenue**
**Bellwood, IL 60104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Dues and Pension**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$38,727.85**

**Chase Credit Card**
**3157 Farnam St Ste 7101**
**Omaha, NE 68131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **8302**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00**

**Elite Concrete Cutting Services,Inc**
**6425 Hummingbird Lane**
**Matteson, IL 60443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Concrete Cutting Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00**

**Environmental Recycling & Disposal**
**2145 Moen Ave**
**Rockdale, IL 60436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Recycling Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Hometown National Bank**
**c/o Collection Professionals, Inc.**
**723 First Street**
**La Salle, IL 61301-2535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Mortgage**

Last 4 digits of account number  **7820**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$130,000.00**

**Laborers Pension Fund**
**c/o Amy Carollo**
**111 W. Jackson Blvd, Ste 1415**
**Chicago, IL 60604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Dues and Pension**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Divine Cement Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90,000.00** |
|---|---|---|---|

**Local 11 Cement Masons**
**c/o Baum Sigman Auerbach &  Neuman,**
**200 West Adams Street, Suite 2200**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Dues and Pension**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**Local 150 Operators**
**Midwest Operating Engineers**
**6150 Joliet Road**
**Countryside, IL 60525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Dues and Pension**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70,000.00** |
|---|---|---|---|

**McCann Industries, Inc.**
**c/o Jason Martin Loebach**
**901 Warrenville Dr., Suite 103**
**Lisle, IL 60532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,000.00** |
|---|---|---|---|

**Original Concrete Pumping Svc., Inc**
**840 Fairway Drive**
**Bensenville, IL 60106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Concrete Pump Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,000.00** |
|---|---|---|---|

**Ozinga Redi Mix**
**c/o Jordan Peloquin**
**19001 Old Lagrange Rd**
**Mokena, IL 60448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Materials**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600,000.00** |
|---|---|---|---|

**Prairie Material**
**c/o Jason Martin Loebach**
**901 Warrenville Rd., Suite 103**
**Lisle, IL 60532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Materials**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,700.00** |
|---|---|---|---|

**R&M Convey and Concrete Pumping**
**209 MULFORD DR**
**Elgin, IL 60120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Concrete Pumping Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Divine Cement Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,396.68** |
|---|---|---|---|

**Roland Machinery**
**816 N. Dirksen Parkway**
**Springfield, IL 62702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __1273__

Basis for the claim: __Machine Parts__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,615.40** |
|---|---|---|---|

**STPCONSTRUCTION ACCOUNTING**
**SERVICES**
**20520 SUPERIOR CT**
**Crest Hill, IL 60403**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __07/31/2022__

Last 4 digits of account number __1101__

Basis for the claim: __Wage__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,889.00** |
|---|---|---|---|

**The Hartford Financial Services**
**c/o Leviton Law Firm, Ltd.**
**One Pierce Place, Suite 725W**
**Itasca, IL 60143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Insurance__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$53,987.52** |
|---|---|---|---|

**The Huntington National Bank**
**14701 S La Grange Rd**
**Orland Park, IL 60462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __0538__

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$42,000.00** |
|---|---|---|---|

**World Fuel Services, Inc.**
**Teller Levit & Silvertrust, P.C**
**19 S La Salle St,**
**Chicago, IL 60603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Fuel__

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | **66,065.19** |
| 5b. Total claims from Part 2 | 5b. + $ | **1,155,616.63** |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | **1,221,681.82** |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Divine Cement Inc.**                         Case No. _____

                               Debtor(s)               Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 15,000.00 |
| Prior to the filing of this statement I have received | $ | 15,000.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

     ☐ Debtor      ■ Other (specify):    **Debtor through Walsh Construction ($10,808.76) and Timothy Hoerman ($5,929.24)**

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 23, 2023**                        **/s/ Ariel Weissberg**
*Date*                                         **Ariel Weissberg 03125591**
                                           *Signature of Attorney*
                                           **Weissberg and Associates, Ltd.**
                                           **564 W. Randolph Street**
                                           **Second Floor**
                                           **Chicago, IL 60661**
                                           **312-663-0004  Fax: 312-663-1514**
                                           **ariel@weissberglaw.com**
                                           *Name of law firm*

# WEISSBERG AND ASSOCIATES, LTD.

564 W. Randolph Street
Second Floor
Chicago, Illinois 60661

Telephone: 312-663-0004
Facsimile: 312-663-1514
E-Mail
rakesh@**weissberglaw.com**

December 30, 2022

Divine Cement, Inc.
527 Vera Court
Joliet, Illinois 60436

By Email: lawrence.green32@yahoo.com

Attention:  Lawrence Green

### Re:    Financial Matters // Chapter 11 for Divine Cement, Inc.

Dear Mr. Green:

We are pleased that you have requested this law firm to represent Divine Cement, Inc. ("Divine Cement") in connection with the above-captioned matter. Lawyers are required, under the Rules of Professional Conduct, to communicate in writing the basis or rate of their fee when beginning the representation of a client. This letter sets forth the terms concerning our representation of Divine Cement.

Divine Cement agrees to pay our firm an advanced payment fee in the amount of $15,000.00 (the "Advanced Payment Retainer"), plus a $1,738 Bankruptcy Court filing fee from which we will credit against our legal services as rendered and advance against any reimbursable costs and expenses, which amount is paid to us for the purpose of establishing our attorney-client relationship.

We will bill Divine Cement based on an hourly basis--to be applied against the Advanced Payment Retainer.  Our billing is based on the following rates for the attorneys of Weissberg and Associates:

| | |
|---|---|
| Ariel Weissberg: | $475.00 per hour |
| Rakesh Khanna | $375.00 per hour |
| Paralegals: | $150.00 to $300.00 per hour |

Divine Cement shall also be responsible for the payment of all cost charges such as filings with courts and government agencies, photocopying, express courier services, messenger services, computerized legal research, travel, and other expenses and charges which are incurred by our firm in Divine Cement' representation.

Divine Cement, Inc.
December 30, 2022
Page -2-


Please date and countersign this letter and return it to me with a check in the amount of the Advanced Payment Retainer and filing fee ($16,738.00) so that we will have a written mutual memorandum of our understanding.  Please retain the signed copy of the letter for your file.

Yours truly,

Ariel Weissberg

AW/hw

**ACCEPTED this** 30th **day of** December , 2022

**DIVINE CEMENT, INC.**

By: _____
**Lawrence Green, its authorized representative**

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Divine Cement Inc.** _____   Case No. _____

Debtor(s)                                    Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Lawrence Green**<br>**6209 South Ridge**<br>**Plainfield, IL 60586** | **One** | **510 Shares** | **Shareholder** |
| **Patrice Green**<br>**6209 South Ridge**<br>**Plainfield, IL 60586** | **One** | **490 Shares** | **Shareholder** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **February 23, 2023** _____       Signature   **/s/ Lawrence Green**

**Lawrence Green**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Divine Cement Inc.**                                              Case No.

                                                    Debtor(s)          Chapter   **11**


# VERIFICATION OF CREDITOR MATRIX

                                    Number of Creditors:                          **33**


The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.


Date:   **February 23, 2023**              **/s/ Lawrence Green**
                                           **Lawrence Green/President**
                                           Signer/Title

AMERICAN HIGHWAY
190 Resource Drive
Fernley, NV 89408


Bank of the West
Special Assets Department
1625 Fountainhead Pkwy, FL10
Tempe, AZ 85282


Blu Petroleum
c/o Mark A Van Donselaar
2 S. Whitney St
Grayslake, IL 60030


Cement Masons Local 502
739 25th Avenue
Bellwood, IL 60104


Chase Credit Card
3157 Farnam St Ste 7101
Omaha, NE 68131


Citizen One Auto Finance
405 N Eola Rd Ste D
Aurora, IL 60502


Commercial Credit Group, Inc.
2135 City Gate Lane, Ste 440
Naperville, IL 60563


EIDL SBA Loan Direct Loan
14925 Kinsport
Fort Worth, TX 76155


Elite Concrete Cutting Services,Inc
6425 Hummingbird Lane
Matteson, IL 60443


Environmental Recycling & Disposal
2145 Moen Ave
Rockdale, IL 60436

First Home Bank Florida
c/o Tim Klein
700 Central Ave
Saint Petersburg, FL 33701


Hometown National Bank
c/o Collection Professionals, Inc.
723 First Street
La Salle, IL 61301-2535


Illinois Department of Revenue
P.O. Box 19006
Springfield, IL 62794-0001


Komatsu Financial
c/o Scott O'Shea
8770 W Bryn Mawr Ave, Suite 100
Chicago, IL 60631


Laborers Pension Fund
c/o Amy Carollo
111 W. Jackson Blvd, Ste 1415
Chicago, IL 60604


Latrisha Horton
1450 E 74th St.
Apt. 1
Chicago, IL 60619


Lawrence Green
6209 South Ridge
Plainfield, IL 60586


Lei Hu
23W469 Spyglass Ct
Naperville, IL 60540


Local 11 Cement Masons
c/o Baum Sigman Auerbach & Neuman,
200 West Adams Street, Suite 2200
Chicago, IL 60606


Local 150 Operators
Midwest Operating Engineers
6150 Joliet Road
Countryside, IL 60525

McCann Industries, Inc.
c/o Jason Martin Loebach
901 Warrenville Dr., Suite 103
Lisle, IL 60532


Old Second Bank
c/o Tob Zubik
1529 S State Street Unit 4G
Chicago, IL 60605


Original Concrete Pumping Svc., Inc
840 Fairway Drive
Bensenville, IL 60106


Ozinga Redi Mix
c/o Jordan Peloquin
19001 Old Lagrange Rd
Mokena, IL 60448


Patrice Green
6209 South Ridge
Plainfield, IL 60586


Prairie Material
c/o Jason Martin Loebach
901 Warrenville Rd., Suite 103
Lisle, IL 60532


R&M Convey and Concrete Pumping
209 MULFORD DR
Elgin, IL 60120


Roland Machinery
816 N. Dirksen Parkway
Springfield, IL 62702


STPCONSTRUCTION ACCOUNTING SERVICES
20520 SUPERIOR CT
Crest Hill, IL 60403


The Hartford Financial Services
c/o Leviton Law Firm, Ltd.
One Pierce Place, Suite 725W
Itasca, IL 60143

```
The Huntington National Bank
14701 S La Grange Rd
Orland Park, IL 60462


Will County Treasurer
302 N. Chicago Street
Joliet, IL 60432


World Fuel Services, Inc.
Teller Levit & Silvertrust, P.C
19 S La Salle St,
Chicago, IL 60603
```

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Divine Cement Inc.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Divine Cement Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 23, 2023**

Date

**/s/ Ariel Weissberg**

**Ariel Weissberg 03125591**

Signature of Attorney or Litigant

Counsel for   **Divine Cement Inc.**

**Weissberg and Associates, Ltd.**
**564 W. Randolph Street**
**Second Floor**
**Chicago, IL 60661**
**312-663-0004 Fax:312-663-1514**
**ariel@weissberglaw.com**