**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| ) | Case No. 23-02422 |
| **Divine Cement, Inc.,** ) | |
| ) | Honorable A. Benjamin Goldgar |
| Debtor. ) | |

**DEBTOR'S STATUS REPORT PURSUANT TO 11 U.S.C. § 1188(c)**

NOW COMES Debtor, Divine Cement, Inc. ("Debtor"), by its attorneys, Ariel Weissberg and the law firm of Weissberg and Associates, Ltd., and as *Debtor's Status Report Pursuant to 11 U.S.C. § 1188(c)*, states as follows:

1. On February 23, 2023, Debtor filed a voluntary petition in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division seeking to reorganize under Chapter 11 Sub-Chapter V of the Bankruptcy Code. Since then, the Debtor has been managing its assets as a debtor-in-possession.

2. Divine Cement, Inc. ("Divine") is an Illinois company incorporated on February 29, 2008. The two shareholders of Divine are Lawrence Green and Patrice Green. Divine is a construction company concentrating in providing concrete-related services and projects. The majority of the contracts in which Divine is retained as a sub-contractor arise from minority "set aside" contracts, with major general contractors, such as Walsh Construction Company.

3. Prior to the filing of the Petition, Divine was retained as a sub-contractor to provide concrete materials and services by Judlau Contracting, Inc. ("Judlau"). Unfortunately, Judlau defaulted in paying Divine for the services and goods that Divine provided on various

construction projects creating a claim in excess of $2,000,000 in favor of Divine and against Judlau. The failure of Judlau to pay Divine the sums that Divine was owed precipitated the need for Divine initiating its Chapter 11 bankruptcy case. Specifically, Divine has valuable business opportunities through general contractors that want to retain Divine to provide concrete services and materials but Divine lacks the funds to monetize those opportunities, unless Divine enters into a strategic alliance with a qualified contracting company. Those potential strategic allies are through Daniel Greenman, who has a long standing business relationship with construction companies able, and apparently willing, to enter into a strategic alliance with Divine to monetize these construction opportunities.

4. This Status Report is filed pursuant to the Order entered on February 27, 2023 (Dkt. No. 8), which requires that the Debtor file a report required by 11 U.S.C. Section 1188(c) in anticipation of the status conference to be held on April 17, 2023, at 10:00 a.m.

5. On March 14, 2023, the Debtor attended the Initial Debtor Interview and responded to questions posed by Andrew Hunt, on behalf of the Office of United States Trustee.

6. On March 17, 2023, the Debtor filed its Statement of Financial Affairs (Dkt. No. 19) and Schedules A/B, G and H (Dkt. No. 20).

7. On March 17, 20232, the Debtor filed the following Motions: (a) *Debtor's Application to Employ Attorneys* (Dkt. No. 17); and (b) *Debtor's Application to Employ Accountants* (Dkt. No. 18).

8. On March 29, 2023, the Debtor attended the First Meeting of Creditors and responded to questions posed by Gretchen Silver on behalf of the Office of United States

Trustee, Matthew Brash, the SubV Trustee, and creditors.

9. The Debtor is working cooperatively with Matthew Brash and the Office of the United States Trustee to advance reorganization of the Debtor. The Debtor has engaged in constructive discussions with Matthew Brash, the Sub-Chapter V Trustee, to discuss the financial and legal affairs of the Debtor and the prospect for reorganization. These discussions are ongoing.

10. The key to reorganization is procuring a viable strategic alliance with a construction company to "partner up" with the Debtor to complete construction contracts for which Divine is a "set aside" sub-contractor. The Debtor has contracts for construction services and materials, as disclosed in its Schedule A/B, p. 5, and is presently seeking to procure additional construction contracts. In addition, the Debtor is planning on procuring offers for the sale of non-essential equipment, including a 2020 94(i) Wirtgen Paver, a 2020 80(i) Texture Paver and a 2008 Rexcon Concrete Placer. In addition, the Debtor will procure buyer(s) for certain spare parts that are no longer needed. The Debtor believes that the purchase prices for these assets will exceed the amount of the liens owed to Komatsu Financial Limited Partnership and Commercial Creditors Group secured by these assets.

13. Also, in furtherance of filing a confirmable Plan of Reorganization, the Debtor is working with its management team to formulate a viable liquidation analysis to justify the proposals for treatment of creditors in the prospective Plan of Reorganization.

14. The Debtor anticipates that it will file a Plan of Reorganization prior to May 24, 2023, which is the deadline set by this Court for the filing of a Plan of Reorganization.

**DIVINE CEMENT, INC.,** Debtor

By: /s/ Ariel Weissberg
One of its attorneys

Ariel Weissberg, Esq.  (No.  03125591)
564 W. Randolph Street, 2nd Floor
Chicago, Illinois 60661
T. 312-663-0004
F. 312-663-1514
Email: ariel@weissberglaw.com

**CERTIFICATE OF SERVICE**

      I, Ariel Weissberg, certify that on April 3, 2023, I caused to be filed ***Debtor's Status Report Pursuant to 11 U.S.C. § 1188(c).*** Notice of this filing was sent to all parties registered to receive notice in this case by electronic transmission through the court's CM/ECF system, including the following parties:

Patrick S Layng, Esq.
M. Gretchen Silver, Esq.
Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, Illinois 60604
Email: USTPRegion11.ES.ECF@usdoj.gov

Matthew D. Brash, Esq.
Newpoint Advisors Corporation
5600 N. River Road Suite 800
Rosemont, IL 60018
Email: mbrash@newpointadvisors.us
*(SubV Trustee)*

Matthew L. Hendricksen, Esq.
Plunkett Cooney, P.C.
221 N. LaSalle Street, Suite 3500
Chicago, Illinois 60601
Email: mehdnricksen@plunkettcooney.com; lsavitch@plunkettcooney.com
*(for First Home Bank)*

Amy Carollo, Esq.
111 W. Jackson Blvd, Ste 1415
Chicago, IL 60604-3868
*(for Chicago & Vicinity Laborers' District Council Pension Fund, et. al.)*

c/o Michael D. Leifman, Esq.
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL 60601-1003
Email: mleifman@vedderprice.com
*(for Komatsu Financial Limited Partnership)*


and on April 3, 2023, by first class U.S. mail to the following parties:

Illinois Department of Revenue
Bankruptcy Unit
P.O. Box 19035
Springfield, IL 62794-9035

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Illinois Department of Revenue
Legal Services Office MC5-500
101 West Jefferson
Springfield, IL  62794

U.S. Attorney
219 S. Dearborn Street
Chicago, IL 60604

E. Zuckerman
Tax Division (DOJ)
Department of Justice – Tax Division
950 Pennsylvania Avenue NW
Washington DC, 20530-0001

District Director
Internal Revenue Service,
Mail Stop 5014CHI,
230 S. Dearborn Street, Room 2600
Chicago, IL 60604-1705

Office of Chief Counsel
Internal Revenue Service
200 West Adams, Suite 2300
Chicago, IL  60606

IL Dept of Healthcare & Family
P.O. Box 19405
Springfield, IL 62794-9405

Divine Cement Inc.
527 Vera Court
Joliet, IL 60436-1895

American Highway
190 Resource Drive
Fernley, NV 89408-8921

Bank of the West Special Assets Department
1625 Fountainhead Pkwy, Floor L10
Tempe, AZ 85282

Blu Petroleum
c/o Mark A Van Donselaar
2 S. Whitney St.
Grayslake, IL 60030-1548

Cement Masons Local 502
739 25th Avenue
Bellwood, IL 60104-1954

Chase Credit Card
3157 Farnam St Ste 7101
Omaha, NE 68131-3569

Citizen One Auto Finance
405 N Eola Rd Ste D
Aurora, IL 60502-9647

Commercial Credit Group Inc.,
525 N Tryon Street, Ste 1000,
Charlotte NC 28202-0210

EIDL SBA Loan Direct Loan,
14925 Kinsport
Fort Worth, TX 76155-2243

Elite Concrete Cutting Services, Inc
6425 Hummingbird Lane
Matteson, IL 60443-3327

Environmental Recycling & Disposal
2145 Moen Ave
Rockdale, IL 60436-9018

Hometown National Bank
c/o Collection Professionals, Inc.
723 First Street
La Salle, IL 61301-2535

Latrisha Horton
1450 E 74th St., Apt. 1
Chicago, IL 60619-2128

Lawrence Green
6209 South Ridge
Plainfield, IL 60586-5215

Lei Hu
23W469 Spyglass Ct.
Naperville, IL 60540-9598

Local 11 Cement Masons
c/o Baum Sigman Auerbach & Neuman,
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231

Local 150 Operators Midwest Operating Engineers
6150 Joliet Road
Countryside, IL 60525-3994

McCann Industries, Inc.
c/o Jason Martin Loebach
901 Warrenville Dr., Suite 103
Lisle, IL 60532-4309

Old Second Bank
c/o Tob Zubik
1529 S State Street Unit 4G
Chicago, IL 60605-3012

Original Concrete Pumping Svc., Inc
840 Fairway Drive
Bensenville, IL 60106-1368

Ozinga Redi Mix
c/o Jordan Peloquin
19001 Old Lagrange Rd.
Mokena, IL 60448-8012

Patrice Green
6209 South Ridge
Plainfield, IL 60586-5215

Prairie Material
c/o Jason Martin Loebach
901 Warrenville Rd., Suite 103
Lisle, IL 60532-4309

R&M Convey and Concrete Pumping
209 Mulford Drive
Elgin, IL 60120-4545

Roland Machinery
816 N. Dirksen Parkway
Springfield, IL 62702-6115

STP Construction Accounting Services
20520 Superior Ct.
Crest Hill, IL 60403-0732

The Hartford Financial Services
c/o Leviton Law Firm, Ltd.
One Pierce Place, Suite 725W
Itasca, IL 60143-1234

The Huntington National Bank
14701 S La Grange Rd
Orland Park, IL 60462-3226

Will County Treasurer
302 N. Chicago Street
Joliet, IL 60432-4059

World Fuel Services, Inc.
Teller Levit & Silvertrust, P.C
19 S LaSalle St.
Chicago, IL 60603-6369


        ___/s/ Ariel Weissberg___
         Ariel Weissberg