**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Divine Cement Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | **23-02422** |

■ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**                                                                                      **Current value of debtor's interest**

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Hometown National Bank** | **Checking** | **7472** | **$0.00** |
| 3.2. | **BMO Harris Bank** | **Checking** | **3021** | **$92.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                                                                                                                     **$92.00**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

Official Form 206A/B                  Schedule A/B Assets - Real and Personal Property                  page 1

| Debtor | Divine Cement Inc. | Case number *(If known)* | 23-02422 |
|---|---|---|---|
| | Name | | |

| | 11b. Over 90 days old: | **2,100,000.00** | - | **0.00** | =.... | **$2,100,000.00** |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**           **$2,100,000.00**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4: Investments

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.
    ☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.
    ☒ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Expansion curing seal (approximate value)** | | $0.00 | | $2,500.00 |

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

23. **Total of Part 5.**           **$2,500.00**

    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ☒ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☒ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☒ No. Go to Part 7.
    ☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

| Debtor | **Divine Cement Inc.** | Case number *(If known)* | **23-02422** |
|---|---|---|---|
| | Name | | |

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 39. | **Office furniture** <br> 3 desks, 4 cubicules, 20 chairs and 3 file cabinets (approximate value) | $0.00 | Liquidation | $2,000.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** <br> 2 Xerox printers, 4 computers (approximate value) | $0.00 | | $16,000.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. | **Total of Part 7.** <br> Add lines 39 through 42. Copy the total to line 86. | | | $18,000.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | **General description** <br> Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2006 Boom Truck (approximate value)** | $0.00 | | $12,000.00 |
| 47.2. | **2008 GMC Sierra 3500 (approximate value)** | $0.00 | | $7,000.00 |
| 47.3. | **2008 Sterling (approximate value)** | $0.00 | | $9,000.00 |
| 47.4. | **2010 International (approximate value)** | $0.00 | | $10,000.00 |

| Debtor | **Divine Cement Inc.** | Case number *(If known)* | **23-02422** |
|---|---|---|---|
| | Name | | |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| Description | Net book value | Valuation method | Current value |
|---|---|---|---|
| One (1) 2006 Miller Formless M-1000 Slipform Curb and Gutter Machine S/N: 1327R with Two (2) 44" Long Curb and Gutter Molds, and all attachments and accessories (through Old Second Bank) | $0.00 | | Unknown |
| 300-2658603-001 Wirtgen TCM180I Concrete Finisher SN: 05BA002 (with Bank of the West) | $0.00 | | Unknown |
| See Exhibit A/B #50 attached hereto (approximate value) | $0.00 | Liquidation | $2,443,433.00 |

51. **Total of Part 8.**  $2,481,433.00
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 9:   Real property

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.
    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **527 Vera Court, Joliet, Illinois 60436** | **Fee Simple** | $0.00 | | $1,100,000.00 |

| Debtor | **Divine Cement Inc.** | Case number *(If known)* **23-02422** |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 55.2. | **(1) I-19-4464 1-57 Roadway and Bridge Widening, CD Roads A&C 1-294 Ramp Construction and Ramp L Toll Plaza, Contract number 1-19-4464 (the "Project"), of which the State of Illinois by and through the Illinois State Toll Highway Authority is the owner.** | | | |
| | **(2) I-18-4705 Elgin O'Hare Western Access Tollway 1-490 Interchange Construction and 1-90 Jane Addams Memorial Tollway, Contract number 1-18-4705 (the "Project"), of which the State of Illinois by and through the Illinois State Toll Highway Authority is the owner.** | | | |
| | **(3) I-17-4339 Elgin O'Hare West Access Tollway 1-490 Roadway and Bridge Widening and Reconstruction, Contract number 1-17-4339 (the "Project"), of which the State of Illinois by and through the Illinois State Toll Highway Authority is the owner.** | | | |
| | **(4) 60X10- Contract number 60X10, Weber Road from Normantown Road to Rodeo Dr., Will County, Section (99-IHB-I)R-1, Fed Project No. NHPP-STPTJQZ(898) (the "Project"), of which the State of Illinois by and through the Illinois Department of Transportation is the owner.** | **Mechanic's Liens** | **$0.00** | **Unknown** |

Debtor    **Divine Cement Inc.**    Case number *(If known)* **23-02422**
        Name

56. **Total of Part 9.**    **$1,100,000.00**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No. Go to Part 11.
    ☐ Yes Fill in the information below.

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

    |  | Current value of debtor's interest |
    |---|---|

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    **Claim against Judlau Contracting, Inc.**    **$2,000,000.00**
    | Nature of claim | **Breach of Contract** |
    |---|---|
    | Amount requested | **$2,000,000.00** |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**    **$2,000,000.00**
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 6

| Debtor | **Divine Cement Inc.** | Case number *(If known)* **23-02422** |
|---|---|---|
| | Name | |

☐ Yes

Debtor **Divine Cement Inc.** Case number *(If known)* **23-02422**
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $92.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,100,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $18,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,481,433.00 | |
| 88. **Real property.** *Copy line 56, Part 9.........................>* | | $1,100,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,000,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,602,025.00 + 91b. | $1,100,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $7,702,025.00 |

## EXHIBIT TO SCHEDULE A/B #50
## DIVINE CEMENT, INC. LIST OF EQUIPMENT

| Item | Value |
|---|---|
| 2018 Construction Equipment Miscellaneous Tools | $17,725 |
| 2002 Sterling Acterra | $14,707 |
| Cement Screed | $1,800 |
| Concrete Steel Forms | $9,500 |
| 2003 Boom Truck | $25,240 |
| 2005 Big Tex Trailer | $8,500 |
| Curb Machine ('06 M-1000 Model) | $141,453 |
| 2016 GMC Sierra | $50,153 |
| Curb Machine Parts | $5,349 |
| WM Olsen Trailer | $6,500 |
| Wirtgen Slipform Machine 94I | $1,026,949 |
| Wirtgen Slipform Machine 64I | $750,000 |
| Wirtgen TCM 80I | $350,00 |
| 48" Long Sidewalk/Shoulder Mold | $13,557 |
| TOTAL: | $2,421,433 |

**EXHIBIT TO SCHEDULE A/B #74**
**DIVINE CEMENT, INC. CAUSES OF ACTION AGAINST THIRD PARTIES**

I-57 Roadway and Bridge Widening, CD Roads A&C 1-294 Ramp Construction and Ramp L Toll Plaza, Contract number 1-19-4464, of which the State of Illinois by and through the Illinois State Toll Highway Authority is the owner.

I-18-4705 Elgin O'Hare Western Access Tollway 1-490 Interchange Construction and 1-90 Jane Addams Memorial Tollway, Contract number 1-18-4705, of which the State of Illinois by and through the Illinois State Toll Highway Authority is the owner.

I-17-4339 Elgin O'Hare West Access Tollway 1-490 Roadway and Bridge Widening and Reconstruction, Contract number 1-17-4339, of which the State of Illinois by and through the Illinois State Toll Highway Authority is the owner.

60X10- Contract number 60X10, Weber Road from Normantown Road to Rodeo Dr., Will County, Section (99-lHB-l) R-1, Fed Project No. NHPP-STPTJQZ(898), of which the State of Illinois by and through the Illinois Department of Transportation is the owner.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Divine Cement Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | 23-02422 |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __April 28, 2023__    x _/s/ Lawrence T. Green_
Signature of individual signing on behalf of debtor

**Lawrence Green**
Printed name

**President**
Position or relationship to debtor

Official Form 202            Declaration Under Penalty of Perjury for Non-Individual Debtors